No. 93–1151. FEDERAL ELECTION COMMISSION v. NRA POLIT-
ICAL VICTORY FUND ET AL. C. A. D. C. Cir. The Solicitor Gen-
eral is invited to file a brief in this case expressing the views of
the United States with respect to the following question:
"Whether the Federal Election Commission has statutory author-
ity to represent itself in this case in this Court?" JUSTICE GINS-
BURG took no part in the consideration or decision of this order.

No. 93–1222. GARCIA ET AL. v. SPUN STEAK CO. C. A. 9th
Cir. The Solicitor General is invited to file a brief in this case
expressing the views of the United States.

No. 93–8024. IN RE COFIELD; and
No. 93–8058. IN RE SAMMONS. Petitions for writs of habeas
corpus denied.

No. 93–7511. IN RE GATES; and
No. 93–7573. IN RE GALU. Petitions for writs of mandamus
denied.

No. 93–1144. IN RE REINERT & DUREE ET AL. Petition for
writ of mandamus and/or prohibition denied.

No. 93–1001. ALLIED-BRUCE TERMINIX COS., INC., ET AL. v.
DOBSON ET AL. Sup. Ct. Ala. Motion of Alabama Water and
Sewer Institute et al. for leave to file a brief as amici curiae
granted. Certiorari granted.

No. 93–1197. HESS ET AL. v. PORT AUTHORITY TRANS-
HUDSON CORPORATION. C. A. 3d Cir. Certiorari granted lim-
ited to the following question: "Whether Port Authority Trans-
Hudson Corporation, a wholly owned subsidiary of a bistate
agency created by interstate compact, is entitled to sovereign
immunity from suit in federal court under the Eleventh Amend-
ment?"

No. 93–708. APPLEWHITE v. UNITED STATES AIR FORCE
ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–856. TICOR TITLE INSURANCE CO. ET AL. v. FEDERAL
TRADE COMMISSION. C. A. 3d Cir. Certiorari denied.